# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

FILED
DEC 1 4 2021
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| -vs- ) | No. CR 21-347 F |
| DEANTE MARKEITH AMOS THORNTON, ) | Violations: 18 U.S.C. § 922(g)(8) |
| a/k/a Deante Markeith Thornton, ) | 18 U.S.C. § 924(d) |
| a/k/a Deante Amos Thornton, ) | 28 U.S.C. § 2461(c) |
| a/k/a Deante Amus Thornton, ) | |
| Defendant. ) | |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
**(Prohibited Person in Possession of a Firearm)**

On or about October 10, 2021, in Oklahoma County, Oklahoma, in the Western District of Oklahoma,

----------------------- **DEANTE MARKEITH AMOS THORNTON,**
   a/k/a Deante Markeith Thornton,
   a/k/a Deante Amos Thornton,
   a/k/a Deante Amus Thornton, ----------------------------------------

knowingly possessed a firearm, to wit: a Smith and Wesson, model M&P Bodyguard, .380 Auto caliber pistol, bearing serial number KEC9899, which was in and affecting interstate commerce in that said firearm had previously crossed state lines to reach the state of Oklahoma. At the time he possessed the firearm, **DEANTE MARKEITH AMOS**

THORNTON was subject to a court order issued after a hearing of which he had received actual notice, and at which he had an opportunity to participate. A court order filed on or about January 10, 2019, by the District Court of Logan County in case number PO-2018-131, restrained **DEANTE MARKEITH AMOS THORNTON** from harassing, stalking, and threatening C.R.W., an intimate partner as defined by 18 U.S.C. § 921(a)(32), and restrained him from engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner, and explicitly prohibited the use, attempted use or threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury. **DEANTE MARKEITH AMOS THORNTON** knew he was subject to this order when he possessed the firearm.

All in violation of Title 18, United States Code, Section 922(g)(8), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1 of this Indictment, defendant **DEANTE MARKEITH AMOS THORNTON** shall forfeit to the United States any firearms and ammunition involved in the commission of the offense.

The property subject to forfeiture includes, but is not limited to:

1. a Smith and Wesson, model M&P Bodyguard, .380 Auto caliber pistol, bearing serial number KEC9899;
2. a 17 Design and Manufacturing, model IFLR-15, .223/5.56 NATO caliber AR Pistol, bearing serial number 21-17DM01077; and

  3. any and all ammunition and magazines not specifically listed.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

                A TRUE BILL:

                */s/ Foreperson*

                FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
Acting United States Attorney

*/s/ Stanley J. West*

STANLEY J. WEST
Assistant United States Attorney